IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTS TRUST, JON PATRICK PIERCE, and DAVID D. KLASNA,<br><br>Defendants. | 8:03CV545<br><br>**ORDER** |

Before the court is the parties' joint Stipulated Motion to Continue Hearing on Financial Relief, Filing No. 57. For good cause shown, the court will grant the motion.

IT IS ORDERED that the hearing previously scheduled for September 15, 2005, is rescheduled before the undersigned on **December 9, 2005, at 1:30 p.m.**, Courtroom 3 (Omaha).

DATED this 11th day of August, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge