## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | 8:03CV545 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| PRESIDENTS TRUST, JON PATRICK PIERCE, and DAVID D. KLASNA, | ) ) ) | |
| Defendants. | ) ) | |

Before the court is the parties' joint Stipulated Motion to Continue Hearing on Financial Relief, Filing No. 65. For good cause shown, the court will grant the motion.

IT IS ORDERED that the hearing previously scheduled for June 8, 2006, is rescheduled before the undersigned on **September 7, 2006, at 1:30 p.m.**, Courtroom 3 (Omaha).

DATED this 5th day of June, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge