IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>         v.<br><br>PRESIDENTS TRUST, JON PATRICK PIERCE, and DAVID D. KLASNA,<br><br>                     Defendants. | 8:03CV545<br><br>ORDER |

Pursuant to a Stipulation by the parties, the joint motion to continue the hearing presently set for September 7, 2006 at 1:30 p.m. (Filing No. 67), is granted. The parties have shown that the action will be settled. Accordingly,

IT IS ORDERED:

1. The motion to continue (Filing No. 67) is granted.

2. The parties shall file settlement and dismissal documents by December 5, 2006.

DATED this 5th day of September, 2006.

                                                    BY THE COURT:


                                                    **s/ Joseph F. Bataillon**
                                                    United States District Judge