IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | 8:03CV545 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| PRESIDENTS TRUST COMPANY, LLC, JON PATRICK PIERCE, AND DAVID D. KLASNA, | ) ) ) ) | |
| Defendants. | ) ) ) | |

  This matter is before the court on Receiver Thomas D. Stalnaker's third application for receiver's compensation and reimbursement of expenses, Filing No. 80. No objection or resistance to the motion has been filed. The court has considered the motion and finds it should be granted.

  Receiver represents that he and his firm have spent 136.60 hours on this matter. At an hourly rate of $185.00 attorney time, and $40.00 per hour for services by a legal assistant and law clerk, Receiver requests an award of $15,144.20. Additionally, receiver requests reimbursement of expenses in the amount of $1,124.67. Receiver asserts that such fees and costs were incurred between March 8, 2005, through May 7, 2007. As such, Receiver seeks total reimbursement and payment of $16,268.87.

  After carefully reviewing the record and, in particular, the itemized amounts set forth in "Exhibit A", *see* Filing No. 80, Attachment 1, the court concludes the reported 136.60 hours of work spent on this case is reasonable and Receiver should be awarded $16,268.87.

Accordingly, IT IS ORDERED that the Receiver's Third Application for Receiver's Compensation and Reimbursement of Expenses, Filing No. 80, is granted.

Dated this 23rd day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Chief U.S. District Court Judge