IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | 8:03CV545 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| PRESIDENTS TRUST COMPANY, LLC, JON PATRICK PIERCE, AND DAVID D. KLASNA, | ) ) ) ) | |
| Defendants. | ) ) | |

    This matter is before the court on Receiver Thomas D. Stalnaker's Fourth Application for Receiver's Compensation and Reimbursement of Expenses, Filing No. 92. No objection or resistance to the motion has been filed. The court has considered the motion and finds it should be granted.

    The Receiver represents that he and his firm have spent 23.40 hours on this matter. At an hourly rate of $200.00 attorney time, and $40.00 per hour for services by a legal assistant and law clerk, the Receiver requests an award of $3,772.80. Additionally, the Receiver requests reimbursement of expenses in the amount of $308.56. The Receiver asserts that such fees and costs were incurred between May 8, 2007, through April 4, 2008. As such, the Receiver seeks total reimbursement and payment of $4,081.36.

    After carefully reviewing the record and, in particular, the itemized amounts set forth in "Exhibit A," *see* Filing No. 92, Attachment 1, the court concludes the reported 23.40 hours of work spent on this case is reasonable and the Receiver should be awarded $4,081.36. Accordingly,

IT IS ORDERED that the Receiver's Fourth Application for Receiver's Compensation and Reimbursement of Expenses, Filing No. 92, is granted.

Dated this 20th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Chief U.S. District Court Judge